MEMORANDUM OPINION

 

No. 04-10-00921-CR

 

David Cepeda JONES,

Appellant

 

v.

 

The STATE of
Texas,

Appellee

 

From the 226th
Judicial District Court, Bexar County, Texas

Trial Court No. 1994CR5367W

Honorable Sid L.
Harle, Judge Presiding

 

PER CURIAM

 

Sitting:          Rebecca Simmons,
Justice

                     Steven
C. Hilbig, Justice

                     Marialyn
Barnard, Justice

 

Delivered and
Filed:  January 26, 2011

 

DISMISSED FOR
LACK OF JURISDICTION

 

The trial court imposed
sentence in the underlying cause on August 5, 1997.  The notice of appeal was
due to be filed on September 4, 1997.  Tex.
R. App. P. 26.2(a).  Appellant filed a notice of appeal on November 30,
2010.  A timely notice of appeal is necessary to invoke a court of appeals’
jurisdiction.  See Olivo v. State, 918 S.W.2d 519, 522 (Tex. Crim. App.
1996).  Because appellant failed to file a timely notice of appeal, this appeal
is dismissed for lack of jurisdiction.  See id.; see also Ater v. Eighth
Court of Appeals, 802 S.W.2d 241 (Tex. Crim. App. 1991) (out-of-time appeal
from final felony conviction may be sought by filing a writ of habeas corpus
pursuant to article 11.07 of the Texas Code of Criminal Procedure).

PER CURIAM

 

DO NOT PUBLISH